No. 735. SECURITY AUTO LOCK COMPANY ET AL. *v.* PERRY AUTO LOCK COMPANY. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles C. Bulkley* for petitioners. *Mr. Edward Rector* and *Mr. Glen E. Smith* for respondent.

No. 745. ATLANTIC TRANSPORT COMPANY, LIMITED, *v.* H. C. JONES & COMPANY, INC. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Van Vechten Veeder* and *Mr. Roscoe H. Hupper* for petitioner. No appearance for respondent.

No. 766. ANTONIO ABELLA ET AL. *v.* PEDRO UNSON. January 8, 1923. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Gabriel La O* for petitioners. *Mr. Adam C. Carson* for respondent.

No. 768. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* McWILLIAMS BROS., INC. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. A. Howard Neely* and *Mr. Chauncey I. Clark* for petitioner. *Mr. Leo J. Curren, Mr. Henry M. Earle* and *Mr. Joseph P. Nolan* for respondent.

No. 705. UNITED STATES RAILWAY ADMINISTRATION ET AL. *v.* FANNIE SLATINKA, ADMINISTRATRIX, ETC. January 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied because the case abates for failure to substitute successor of petitioner